1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

| | |
|---|---|
| 11 ROBERT BOSCH GMBH and ROBERT BOSCH LLC, | CASE NO. 2:14-cv-08517-BRO-AJW |
| 12 | PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST DEEDS PERFORMANCE AND JOSHUA LEE DEEDS |
| 13         Plaintiffs, | |
| 14      v. | |
| 15 DEEDS PERFORMANCE and JOSHUA LEE DEEDS, | HON. BEVERLY REID O'CONNELL |
| 16 | |
| 17         Defendants. | |

18

19      Plaintiffs Robert Bosch GmbH and Robert Bosch LLC ("Plaintiffs") filed

20 their Complaint on November 3, 2014, against Defendants Deeds Performance and

21 Joshua Lee Deeds for counterfeiting, trademark infringement, unfair competition,

22 and false advertising in violation of the Lanham Act, and for unfair competition and

23 false advertising in violation of California law.

24      Based on the findings set forth in this Court's Order of June 29, 2015, as well

25 as the parties' subsequent agreement, it is hereby ordered, adjudged, and decreed

26 that:

27      1.    Judgment is entered for Plaintiffs and against Defendants on all of

28 Plaintiffs' claims.

2.      Plaintiffs are awarded damages against Deeds Performance in the amount of two hundred thousand dollars ($200,000), and judgment is hereby entered against Deeds Performance for this amount.

3.      Counsel for Plaintiffs is awarded attorneys' fees against Deeds Performance in the amount of seven thousand and six hundred dollars ($7,600), and judgment is hereby entered against Deeds Performance for this amount.

4.      The attorneys' fees award described in Paragraph 3 above is in addition to the $200,000 award set forth in Paragraph 2 above.

5.      Defendants are permanently enjoined and restrained from directly or indirectly infringing the trademarks BOSCH and ⊖ (collectively, the "BOSCH Marks") in any manner, and specifically:

      a. Using the BOSCH Marks, or any marks similar thereto, or any reproduction, counterfeit, copy, or colorable imitation of the BOSCH Marks, in connection with the promotion, marketing, advertising, offering for sale, or sale of non- BOSCH goods or services, *i.e.*, goods or services that are not produced by Plaintiffs, or which do not originate from Plaintiffs.

      b. Promoting, marketing, advertising, offering for sale, or selling any counterfeit BOSCH goods.

      c. Promoting, marketing, advertising, offering for sale, or selling any modified BOSCH goods without proper disclosures advising consumers of such modifications.

      d. Promoting, marketing, advertising, offering for sale, or selling any modified BOSCH goods while claiming that such products are genuine, unmodified BOSCH goods.

      e. Importing for resale into the United States, offering for sale in the United States, or selling in the United States any BOSCH product not authorized by Plaintiffs for sale in the United States.

f.  Using any mark that is likely to be confused by the public with the BOSCH Marks in connection with the manufacture, promotion, sale or offering for sale of:

    i.  any non-genuine BOSCH products; or

    ii.  any modified BOSCH products without proper disclosures advising consumers of such modifications.

g.  Using any other trademark, trade name, logo, or design that tends to represent falsely, or that is likely to confuse, mislead, or deceive consumers to believe that any non-genuine BOSCH products or modified BOSCH products are genuine, unmodified BOSCH products, or that said goods have been sponsored, approved, or licensed by Plaintiffs for consumer use.

h.  Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive consumers to believe that, Defendants or any non-genuine BOSCH products or any modified BOSCH products are sponsored, approved, or licensed by Plaintiffs for consumer use.

i.  Affixing, applying, annexing, or using in connection with the promotion, advertising, sale, or offering for sale of any non-genuine BOSCH products or any modified BOSCH products a false description or representation or misleading statement of fact that misrepresents the nature, qualities, characteristics, standard, grade, style, or model of such goods or services, including but not limited to, falsely representing that such products are new, genuine, or non-modified BOSCH products.

6.  Pursuant to 15 U.S.C. § 1118, unless Defendants have obtained written permission from Plaintiffs by August 28, 2015, Deeds Performance shall at that time

1  surrender any of the following materials in their possession or under their control to

2  Plaintiffs:

3               a.  Any counterfeit or trademark infringing products;

4               b.  Any labels, tags, signs, prints, packaging, and advertisements

5                   therefor; and

6               c.  Any molds, matrices, or other means for making the same.

7

8

9  **IT IS HEREBY ORDERED**

10  Dated: <u>September 28, 2015</u>

11                             HONORABLE BEVERLY REID O'CONNELL
                               UNITED STATES DISTRICT COURT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28